**Order filed August 31, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00747-CV
_____

**ESTHER ANDERSON, PRINCIPAL OF BENSON & ANDERSON, P.C., Appellant**

**V.**

**MEGHAN MCCORMICK A/K/A MEGHAN MCCORMICK, ADMINISTRATRIX OF THE ESTATE OF MARILYN R. MCCORMICK A/KA/ MARAHLYN R. MCCORMICK, DECEASED, Appellee**

**On Appeal from the Probate Court No 2
Harris County, Texas
Trial Court Cause No. 399,762**

## ORDER

This is an appeal from a judgment signed July 5, 2012. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-11-00038-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-12-00747-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this

Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM